## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Deborah Spellman                                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 2022925

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Brian C. Nicholas

                              Brian Nicholas
                              26 Oct 2020, 11:53:38, EDT

                              Brian C. Nicholas, Esquire
                              Attorney I.D. No. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com

Document ID: 16658b62a7002bfc8abedd276b1d9ddce2bd6a4f194eb4e88c350995c586ea1b