19-0181

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Deborah L. Spellman<br><br>　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  20-22925 CMB |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

　　Kindly enter my appearance on behalf of GSMPS MORTGAGE LOAN TRUST 2006-RP2 Mortgage pass-through certificates, series 2006-RP2, U.S. Bank National Association, as trustee  in the above captioned matter.  At this time, this entry is being filed for monitoring purposes only as this firm was handling the foreclosure matter at the time the bankruptcy was filed.

　　　　　　　　　　　　　　　　POWERS KIRN, LLC

　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　Dated: October 30, 2020