IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Deborah L. Spellman, Debtor | : | Bankruptcy No. 20-22925-cmb |
| | : | Chapter 13 |
| Deborah L. Spellman, Movant | : | |
| | : | |
| v. | : | Re: Claim 3 |
| | : | |
| LVNV Funding, LLC as agent for | : | |
| Resurgent Capital Services, | : | Hrg: 4/12/2021 @ 10 am |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claim filed on March 3, 2021 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 3, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565; PA#64103
shawn@shawnwrightlaw.com