IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| Deborah L. Spellman, Debtor, | ) Case No.: 20-22925 |
| | ) Chapter 13 |
| Deborah L. Spellman, Movant | ) |
| Vs. | ) Related to Doc. No. 46 |
| GSMPS Mortgage Loan Trust as | ) |
| Serviced by Cenlar, | ) |
| Ronda Winnecour, Trustee | ) |

### ORDER

AND NOW, this __15th__ day of __January__, 2025, IT IS ORDERED that a status conference is scheduled with Cenlar on the __12th__ day of __February__, 2025 at __1:30__ o'clock __p__.m., in the United States Bankruptcy Court, Courtroom B, 5400 U.S. Steel Building, Pittsburgh, Pennsylvania. **Alternatively, Parties may appear via Zoom Video Conference, per Judge Böhm's procedures.**

A representative from Cenlar is to appear to discuss the specifics of the escrow account of the mortgage loan (Claim 2) that Cenlar is currently servicing.

*Carlota M. Böhm*
dmr

FILED
1/15/25 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Deborah L. Spellman  
    Debtor

Case No. 20-22925-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jan 15, 2025     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Spellman, 5522 Saltsburg Road, Verona, PA 15147-3255 |
| 15298967 | + | Cenlar Mortgage, P.O. Box 77408, Trenton, NJ 08628-6408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15310717 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 16 2025 00:07:00 | GSMPS Mortgage Loan Trust 2006-RP2, C/O Cenlar, FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15310718 | *+ | GSMPS Mortgage Loan Trust 2006-RP2, C/O Cenlar, FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2 Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 3 |

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jill Manuel-Coughlin
    on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Deborah L. Spellman shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8