**PROCEEDING MEMO**

**Date:** 04/23/2025 1:30 PM

**In re:** Deborah L. Spellman

Bankruptcy No. 20-22925-CMB
Chapter: 13
Doc. #46

**Appearances:** Ronda J. Winnecour, Trustee
Shawn N. Wright, Esq.
Daniel P. Jones, Esq.

**Nature of Proceeding:** #46 Continued Status Conference to Discuss the Specifics of the Escrow Account of the Mortgage Loan that Cenlar is Currently Servicing

**Additional Pleadings:** #49 Response of GSMPS Mortgage to Motion for Status Conference (filed previously)

- Hearing Held.

- Phone call is to be made between Attorney Jones and Trustee Winnecour by next week.

- Attorney Wright is to file a Consent Order or Status Report by May 30, 2025.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
4/24/25 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA