**PROCEEDING MEMO**

**Date: 10/08/2025 1:30 PM**
**In re:** Deborah L. Spellman

                                                          **Bankruptcy No. 20-22925-CMB**
                                                          **Chapter: 13**
                                                          **Doc. #61**

**Appearances:** Kate DeSimone, Shawn N. Wright, Daniel P. Jones

**Nature of Proceeding:** #61 Contested August 17, 2025 Plan

**Additional Pleadings:** #62 Objection to Plan by GSMPS Mortgage

Debtor and Creditor are planning on filing a proposed Consent Order regarding the termination of the mortgage escrow.

OUTCOME: Hearing is continued to January 14, 2026 at 10:30AM. The court may dismiss the case if the Debtor is not caught up on her Plan payments.

                                                **Carlota Böhm**
                                                **U.S. Bankruptcy Judge**

FILED
10/9/25 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 20-22925-CMB
Deborah L. Spellman                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                                 Page 1 of 2
Date Rcvd: Oct 09, 2025                    Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deborah L. Spellman, 5522 Saltsburg Road, Verona, PA 15147-3255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025                                   Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

**Name**                                        **Email Address**
Daniel Philip Jones
    on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jill Manuel-Coughlin
    on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Deborah L. Spellman shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8