**PROCEEDING MEMO**

**Date: 01/14/2026 10:30 AM**
**In re:     Deborah L. Spellman**

                                **Bankruptcy No.  20-22925-CMB**
                                **Chapter:  13**
                                **Doc. #61**

**Appearances:  Ronda Winnecour, Shawn N. Wright, Daniel P. Jones, Deborah Spellman**

**Nature of Proceeding:  #61 Continued Contested August 17, 2025 Plan**

**Additional Pleadings:  #62 Objection to Plan by GSMPS Mortgage (filed previously)**

Per the Chapter 13 Trustee, there needs to be payment of $10,410 to complete the Plan.

Atty. Wright does not agree with the Trustee's number. Escrow has been an ongoing issue with post-petition fee notices. He asks the Court to permit the Debtor to continue paying for a few more months.

OUTCOME: Parties are to discuss the dispute as to what is owed. Hearing is continued to Conciliation set for February 5, 2026 at 1:00PM.

                                **Carlota Böhm**
                                **U.S. Bankruptcy Judge**

FILED
1/14/26 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22925-CMB

Deborah L. Spellman  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deborah L. Spellman, 5522 Saltsburg Road, Verona, PA 15147-3255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Deborah L. Spellman shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8