**PROCEEDING MEMO**

**Date:  04/15/2026 10:30 AM**

 **In re:     Deborah L. Spellman**

**Bankruptcy No.  20-22925-CMB**
**Chapter: 13**
**Doc. #61**

**Appearances:  Kate DeSimone, Shawn Wright, Daniel P. Jones, Deborah L. Spellman (Debtor)**

**Nature of Proceeding:  #61 Contested August 17, 2025 Plan**

**Additional Pleadings:  #62 Objection to Plan by GSMPS**

Per Atty. DeSimone, this is month 66 of the case, she has been waiting on an agreement between the Debtor and a secured creditor which has not happened, so she is requesting dismissal.

Per Atty. Wright, $1,849 is owed to Semlar. He would like to continue the hearing to allow the Debtor to pay down the amount. The Debtor has made every payment so far.

Per Atty. Jones, he had filed an amended claim a few months ago. He would like it to go to conciliation.

OUTCOME: The hearing is continued to conciliation on May 28, 2026 at 1:00PM. Atty. Jones is to send the chapter 13 trustee the exact amount owed by the Debtor on or before April 17, 2026 so that the chapter 13 trustee can then provide an analysis to the Debtor's counsel and Atty. Jones.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
4/15/26 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-22925-CMB

Deborah L. Spellman                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID**                    **Recipient Name and Address**
db                     + Deborah L. Spellman, 5522 Saltsburg Road, Verona, PA 15147-3255

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Daniel Philip Jones
                                   on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jill Manuel-Coughlin
                                   on behalf of Creditor GSMPS Mortgage loan trust 2006-RP2  Mortgage pass-throughcertificates, series 2006-RP2, U.S. Bank National Association, as trustee bankruptcy@powerskirn.com

Keri P. Ebeck
                                   on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                    User: auto                                        Page 2 of 2

Date Rcvd: Apr 15, 2026                    Form ID: pdf900                              Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright

        on behalf of Debtor Deborah L. Spellman shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 8