## PROCEEDING MEMO

**Date:  06/16/2026 10:30 AM**

**In re:     Deborah L. Spellman**

**Bankruptcy No.  20-22925-CMB**
**Chapter:  13**
**Doc. #61**

**Appearances:  Dennis Sloan, Shawn Wright, Daniel P. Jones**

**Nature of Proceeding:  #61 Contested August 17, 2025 Plan**

**Additional Pleadings:  #62 Objection by GSMPS (filed previously)**
**#73 Objection To Confirmation of 08/17/2026 Chapter 13 Plan filed by**
**The Chapter 13 Trustee**

Per Atty. Sloan, they would like the case dismissed. It is the 68 month of the Plan, and the Debtor has not been able to figure out how much is owed.

Per Atty. Jones, he filed an amended claim in July 2025. The Amended Plan filed after that has not addressed the amended claim.

Per Atty. Wright, the Debtor has been making payments of $952 per month. He believes the Debtor could file a new case to address her mortgage and home equity loan.

OUTCOME: Case is dismissed due to lack of feasibility.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
6/16/26 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA