**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DEBORAH L. SPELLMAN — Case No.:20-22925

Debtor(s)

Ronda J. Winnecour — Document No.:
Movant
vs.
No Respondents.

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2020 and confirmed on 11/13/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 61,386.00 |
| Less Refunds to Debtor | 4,479.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,906.60 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 3,178.57 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,178.57 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 5120 | 0.00 | 15,134.82 | 0.00 | 15,134.82 |
| PNC BANK NA<br>Acct: 5120 | 7,323.30 | 6,074.31 | 0.00 | 6,074.31 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 5,301.99 | 5,301.99 | 493.50 | 5,795.49 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 11,103.41 | 8,235.84 | 0.00 | 8,235.84 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 75.03 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 4,123.43 | 0.00 | 0.00 | 0.00 |
| | | | | 35,240.46 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DEBORAH L. SPELLMAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| DEBORAH L. SPELLMAN<br>Acct: | 4,479.40 | 4,479.40 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAWN N WRIGHT ESQ<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 0.00 | 14,487.57 | 0.00 | 14,487.57 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 0.00 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 1,506.68 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 1,050.00 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 0.00 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 1,220.60 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 1,584.97 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: 7896 | 260.00 | 0.00 | 0.00 | 0.00 |
| | | | | 14,487.57 |
| Unsecured | | | | |
| LVNV FUNDING LLC<br>Acct: 0220 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 5622 | 18.12 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 7814 | 0.00 | 0.00 | 0.00 | 0.00 |
| POWERS KIRN LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STERN & EISENBERG LP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WH BURKLEY LLP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| POWERS KIRN LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GSMPS MORTGAGE LOAN TRUST ET AL -<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDED CREDITOR FOR CALCULATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 49,728.03

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5,622.25 |
| SECURED | 27,927.16 |
| UNSECURED | 18.12 |

Date: 08/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com